UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TOXICS ACTION CENTER, INC. *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>CASELLA WASTE SYSTEMS, INC.,<br>SOUTHBRIDGE RECYCLING &<br>DISPOSAL PARK, INC. and THE TOWN<br>OF SOUTHBRIDGE,<br><br>Defendants. | Civil Action No. 4:17-cv-40089 |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS BROUGHT BY
## CERTAIN INDIVIDUAL PLAINTIFFS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and agree that Individual

Plaintiffs Sarah Gervais, Heather Mariacher, and Christopher Shaw and Lauren Shaw and their

minor children A.S., R.S., and B.S., and any and all claims in this action brought by same against

all defendants, be dismissed from the action, with prejudice, without costs, and waiving all rights

of appeal.  Each party shall bear its own attorneys' fees and expenses.

| INDIVIDUAL PLAINTIFFS | TOWN OF SOUTHBRIDGE |
|---|---|
| By their Attorney:<br><br>By: /s/ *James P. Vander Salm*<br>James P. Vander Salm (BBO # 663320)<br>Law Office of James P. Vander Salm<br>6 Arrowhead Drive<br>Paxton, MA  01612<br>(413) 935-1890<br>jvandersalm@vandersalmlaw.com | By its attorneys,<br><br>By: */s/ David K. McCay*<br>David K. McCay, BBO #646921<br>Angela J. Benoit, BBO #703213<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>1800 West Park Drive, Suite 400<br>Westborough, MA 01581-3926<br>Phone: (508) 898-1501<br>Fax: (508) 898-1502<br>dmccay@mirickoconnell.com<br>abenoit@mirickoconnell.com |

| | CASELLA WASTE SYSTEMS, INC. and SOUTHBRIDGE RECYCLING & DISPOSAL PARK, INC. <br><br> By their attorneys, <br><br> By: */s/ Curtis A. Connors* <br> Roy P. Giarrusso, BBO# 549470 <br> Edward C. Cooley, BBO# 550117 <br> Curtis A. Connors, BBO# 630288 <br> Michael S. Campinell, BBO# 693424 <br> Giarrusso Norton Cooley & McGlone, P.C. <br> Marina Bay <br> 308 Victory Road <br> Quincy, MA 02171 <br> (617)770-2900 <br> rgiarrusso@gncm.net <br> ecooley@gncm.net <br> cconnors@gncm.net <br> mcampinell@gncm.net |
|---|---|

Dated: November 19, 2019


CERTIFICATE OF SERVICE

I, James P. Vander Salm, hereby certify that I have this day caused a copy of the foregoing document to be sent by electronic means (ECF) to all counsel of record utilizing the ECF system.

*/s/  James P. Vander Salm*

Dated: November 19, 2019

2