# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TOXICS ACTION CENTER, INC., and ENVIRONMENT AMERICA, INC. d/b/a ENVIRONMENT MASSACHUSETTS, MARTHA BERGSTROM and KENNETH BERGSTROM, et al.. <br><br> Plaintiffs <br><br> v. <br><br> CASELLA WASTE SYSTEMS, INC., SOUTHBRIDGE RECYCLING & DISPOSAL PARK, INC., and THE TOWN OF SOUTHBRIDGE, <br><br> Defendants. | ) | Civil Action No.: 4:17-cv-40089 |

**ORDER VACATING OPINION**

Pursuant to Fed. R. Civ. P. 60(b)(5) & (6), the Court ORDERS that its decision and order of dismissal of September 30, 2018 (ECF #73) (reported at 347 F.Supp.3d 67), is hereby VACATED.

SO ORDERED.

DATE: _______________

_______________________
**TIMOTHY S. HILLMAN**
**UNITED STATES DISTRICT JUDGE**