UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TOXICS ACTION CENTER, INC., and )
ENVIRONMENT AMERICA, INC. d/b/a )
ENVIRONMENT MASSACHUSETTS, and )
MARTHA BERGSTROM and KENNETH BERGSTROM; )
ELIZABETH BOURASSA and GREG BOURASSA, )
individually and on behalf of their minor child C.B.; )
CHRISTIAN BOUSQUET, individually and on behalf of )
his minor children E.B. and C.B.; BRIAN BREEN and )
DIANE BREEN, individually and on behalf of their minor )
children Ky.B., Ke.B., and Ka.B; JAYME BURDETT and )
CLARE BURDETT, individually and on behalf of their )
minor children A.B. and M.B., CELESTE CARLSON and )
DAVID CARLSON; CHRISTOPHER CARPENTER and )
MELISSA CARPENTER; STEPHEN COLEMAN and )
LYNN COLEMAN, individually and on behalf of their )
minor children L.C. and I.C.; LISA COURCHAINE )
and DEREK COURCHAINE, individually and on behalf )
of their minor child A.C.; ERNEST COURVILLE and )
THERESA COURVILLE; TODD CUMMING and )
ELIZABETH CUMMING, individually and on behalf of their )      Civil Action No.
minor children C.C. and A.C.; PAUL DAOUST and )      4:17-cv-40089
DEBRA DAOUST, individually and on behalf of their minor )
child B.D.; WILFRID GALLIEN and WENDY GALLIEN, )
individually and on behalf of their minor children J.G. and )
T.G; ROBERT JAY HOGAN and BARBARA HOGAN; )
KEVIN JADIN and MELISSA JADIN; JOHN JORDAN )
and SHARON JORDAN, individually and on behalf of their )
minor child C.J.; KATHLEEN JOY and KENNETH JOY; )
DIRK LODDER and LAURA LODDER; JOHN MAHAN )
and SARAH NEWTON, individually and on behalf of their )
minor children S.M. and M.M.; RAMONA MANCINI and )
GEORGE MANCINI; DONNA MARSHALL and MICHAEL )
MARSHALL; STEPHEN METRAS and JOAN METRAS )
JENNIFER MOBERG and SCOTT MOBERG, individually )
and on behalf of their minor children Ju.M. and Jo.M.; )
ALICE MURPHY and KELLY MURPHY; MICHAEL O'NEILL )
and SHALYN O'NEILL, individually and on behalf of their )
minor children B.O. and J.O.; JENNIFER RAPOZA and )
JOHN RAPOZA; KENNETH RAUKTIS and ELLEN )
RAUKTIS; DARRICK ROE and SARA ROE, individually )
and on behalf of their minor child D.R.; EDWARD )
SKOWRON and JOANNE SKOWRON; DANIEL STERN )
and CATHERINE STERN, individually and on behalf of their )

minor children N.S. and M.S.; KEVIN WELDON and )
CYNTHIA WELDON; SHERRI WESTBURY and JOSEPH )
WESTBURY, individually and on behalf of their minor )
children A.W. and R.W.; and LAURIE ZANCA, )
Plaintiffs, )
v. )
CASELLA WASTE SYSTEMS, INC., )
SOUTHBRIDGE RECYCLING & DISPOSAL )
PARK, INC., and THE TOWN OF )
SOUTHBRIDGE, )
Defendants. )
                                                    )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1)(ii), all parties in the above-captioned action stipulate

to the dismissal of all claims, counterclaims and cross claims, with prejudice, and without any

award of costs or attorney's fees.  The parties further waive all rights of appeal.

TOXICS ACTION CENTER, INC. and
ENVIRONMENT AMERICA, INC. d/b/a
ENVIRONMENT MASSACHUSETTS,

By their attorneys,

/s/ Joshua R. Kratka
Joshua R. Kratka (BBO #544792)
Charles C. Caldart (BBO #547064)
National Environmental Law Center
294 Washington Sreet, Suite 500
Boston, MA 02108
(617) 747-4304
kevin.budris@nelconline.org
josh.kratka@nelconline.org
ccnelc@aol.com

/s/ David A. Nicholas
David A. Nicholas, (BBO #553996)
20 Whitney Road
Newton, MA 02460
Tel. (617) 964-1548
dnicholas@verizon.net

MARTHA BERGSTROM and KENNETH BERGSTROM; ELIZABETH BOURASSA and GREG BOURASSA, individually and on behalf of their minor child C.B.; CHRISTIAN BOUSQUET, individually and on behalf of his minor children E.B. and C.B.; BRIAN BREEN and DIANE BREEN, individually and on behalf of their minor children Ky.B., Ke.B., and Ka.B; JAYME BURDETT and CLARE BURDETT, individually and on behalf of their minor children A.B. and M.B., CELESTE CARLSON and DAVID CARLSON; CHRISTOPHER CARPENTER and MELISSA CARPENTER; STEPHEN COLEMAN and LYNN COLEMAN, individually and on behalf of their minor children L.C. and I.C.; LISA COURCHAINE and DEREK COURCHAINE, individually and on behalf of their minor child A.C.; ERNEST COURVILLE and THERESA COURVILLE; TODD CUMMING and ELIZABETH CUMMING, individually and on behalf of their minor children C.C. and A.C.; PAUL DAOUST and DEBRA DAOUST, individually and on behalf of their minor child B.D.; WILFRID GALLIEN and WENDY GALLIEN, individually and on behalf of their minor children J.G. and T.G; ROBERT JAY HOGAN and BARBARA HOGAN; KEVIN JADIN and MELISSA JADIN; JOHN JORDAN and SHARON JORDAN, individually and on behalf of their minor child C.J.; KATHLEEN JOY and KENNETH JOY; DIRK LODDER and LAURA LODDER; JOHN MAHAN and SARAH NEWTON, individually and on behalf of their minor children S.M. and M.M.; RAMONA MANCINI and GEORGE MANCINI; DONNA MARSHALL and MICHAEL MARSHALL; STEPHEN METRAS and JOAN METRAS; JENNIFER MOBERG and SCOTT MOBERG, individually and on behalf of their minor children Ju.M. and Jo.M.; ALICE MURPHY and KELLY MURPHY; MICHAEL O'NEILL and SHALYN O'NEILL, individually and on behalf of their minor children B.O. and J.O.; JENNIFER RAPOZA and JOHN RAPOZA; KENNETH RAUKTIS and ELLEN RAUKTIS; DARRICK ROE and SARA ROE, individually and on behalf of their minor child D.R.; EDWARD SKOWRON and JOANNE SKOWRON; DANIEL STERN and CATHERINE STERN, individually and on behalf of their minor children, N.S. and M.S.; KEVIN WELDON and CYNTHIA WELDON; SHERRI WESTBURY and JOSEPH WESTBURY, individually and on behalf of their minor children A.W. and R.W.; and LAURIE ZANCA,

By their attorney,

/s/ James P. Vander Salm
James P. Vander Salm (BBO # 663320)
Law Office of James P. Vander Salm
6 Arrowhead Drive
Paxton, MA 01612
(413) 935-1890
jvandersalm@vandersalmlaw.com

Dated:    October 30, 2020

CASELLA WASTE SYSTEMS, INC. and
SOUTHBRIDGE RECYCLING & DISPOSAL
PARK, INC.,

By their attorneys,


*/s/ Edward C. Cooley*
Edward C. Cooley, BBO# 550117
Curtis A. Connors, BBO# 630288
Michael S. Campinell, BBO# 693424
Giarrusso Norton Cooley & McGlone, P.C.
308 Victory Road
Quincy, MA  02171
(617) 770-2900
ecooley@gncm.net
cconnors@gncm.net
mcampinell@gncm.net

Dated:     October 30, 2020


THE TOWN OF SOUTHBRIDGE,

By its attorneys,


*/s/ David K. McCay*
David K. McCay, BBO #646921
Elizabeth L.B. Greene, BBO #561456
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926
Phone: (508) 791-8500
Fax:(508) 791-8502
dmccay@mirickoconnell.com
egreene@mirickoconnell.com


Dated:   October 30, 2020